# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

150342

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ROBERT MICHAEL CARLTON,
      Defendant-Appellee.

SC: 150342
COA: 321630
Isabella CC: 13-011210-AR

_____/

      On order of the Court, the application for leave to appeal the September 18, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We DIRECT the Court of Appeals attention to the fact that it has granted leave to appeal on a separate issue in this case, and that that appeal is currently pending in the Court of Appeals (Docket No. 321630).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

p0128